### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LETICIA VILLARREAL**                                                                    **PLAINTIFF**

**v.**                                    **Case No. 1:16-cv-00163 KGB**

**KENNETH DEWITT,** *et al.*                                                              **DEFENDANTS**

### ORDER

Before the Court is a stipulation of voluntarily dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 106).  The stipulation is signed by counsel for plaintiff Leticia Villarreal and separate defendant Kenneth Dewitt.  To date, separate defendants Stacey Smith and Kristina Gates have not filed a responsive pleading or otherwise appeared in this action. Accordingly, the stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown the Court adopts the stipulation (Dkt. No. 106).  This action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

It is so ordered this 21st day of November, 2022.

_____
Kristine G. Baker
United States District Judge